## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RICHARD HARRIS,

        Plaintiff,

v.     Case No. 3:23-cv-895-WWB-PDB

C.O. ROSADO,

        Defendant.
_____

## **ORDER**

The Court has been advised by the Clerk's Minutes that the above-styled action has been completely resolved. (Doc. 89 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Court's Order to Show Cause (Doc. 84) is **DISCHARGED**. The Clerk is directed to close this file.

**DONE AND ORDERED** in Jacksonville, Florida, on November 4, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JAX-11 11/3
c:
Richard Harris
Counsel of Record